## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE.: | CASE NO.: 18-04070 ESL |
| ANA EMILIA ORTIZ JIMENEZ | |
| xxx-xx-3794 | |
| | CHAPTER 11 |
| **DEBTOR** | |

### OPPOSITION TO MOTION REQUESTING JUDGEMENT BE ENTERED FOR DISMISSAL WITH PREJUDICE AND PROHIBITION TO REFILE FOR 24 MONTHS

**TO THE HONORABLE COURT:**

**COMES NOW**, the Debtor-in-possession **Ana Emilia Ortiz Jiménez ("the Debtor")** through the undersigned attorney, and very respectfully **STATES** and **PRAYS** as follows:

### PROCEDURAL BACKGROUND

1. On July 19, 2018 the Debtor filed this Voluntary Chapter 11 Petition. Since the filing date, the Debtor has been managing her affairs as debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code ("the Code").

2. As per docket 103, the Court entered Opinion & Order dismissing this case on November 7, 2018.

3. Creditor RL Capital International, LLC ("RL") has requested that the Order Dismissing the Cause includes prohibition to refile any Bankruptcy Case for a period of 24 months.

4. This is the **first time** the creditor RL submits a request for a bar to refile. **RL has ample opportunities for extensive allegations during this process, and to submit any admissible evidence in support of.**

5.   We agree that the Courts have inherent powers to afford appropriate relief with any other remedies they deem reasonable. Nevertheless, none of Debtor's circumstances justify or merit a bar to refile: she has appeared at all her hearings, and complied with all Court's request; she has obtained the permit to operate her business, and she explained to Court the circumstances that resulted in several filings.

WHEREFORE, the Debtor respectfully requests from this Honorable Court to deny RL's motion requesting bar to refile for 24 months at 103.

In Mayaguez, Puerto Rico this  26th  day of   November, 2018.

RESPECTFULLY SUBMITED

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which sends notification of such filing to the United States Trustee: *Mrs. Monsita Lecaroz Arribas, Esq.,* at *ustpregion21.hr.ecf@usdoj.gov*; Chapter 13 Trustee, BPPR attorney as per notice of appearance, and to all attorneys for all creditors and parties in interest that have filed a Notice of Appearance. I further certify that I have served this notice by depositing true and correct copy thereof in the United State Mail to all non- user creditors and parties in interest.

Attorney for Debtor
/s/ Lcda. Gloria Justiniano
USDC- PR - 207603
Ensanchez Martínez
Calle A. Ramírez Silva # 8
Mayagüez, PR 00680-4714
(787) 222-9272 & 805-2945
Email: justinianolaw@gmail.com

ANA EMILIA ORTIZ JIMENEZ
HC-05 BOX 56449
AGUADILLA, PR 00603

INCOMM PUERTO RICO
AVE. ORTWGON 107
SUITE 101
GUAYNABO, PR 00966

WILLIAM VIDAL CALVAJAL
255MCS PLAZA 255 AVE PONCED
SUITE 801
SAN JUAN, PR 00917

/S/ GLORIA JUSTINIANO IRIZARRY
CALLE A. RAMIREZ SILVA #8
ENSANCHE MARTINEZ
MAYAGUEZ, PR 00680

IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

AEE
PO BOX 363508
SAN JUAN, PR 00939

JUNTA DE CALIDAD AMBIENTAL
PO BOX 11488
SAN JUAN, PR 00910-2604

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5807

LIC. COLLAZO BOUGEOIS ALS
AGUADILLA, PR 00603

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5807

PR ASSET PORTFOLIO 2013-1 INT,LLC (PRAPI
270 MUNOZ RIVERA AVE SUITE 201
SAN JUAN, PR 00918

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5807

RL CAPITAL INTERNATIONAL, LLC
PO BOX 116
AGUADILLA, PR 00605

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5807

SCOTIABANK
239 ARTERIAL HOSTOS AVE. SUITE 1102
SAN JUAN, PR 00918-1477

DEPARTMENT OF TREASURY OF PUERTO RICO
PO BOX 9024140 OFF. 424.B
BANKRUPTCY SECTION
SAN JUAN, PR 00902-4140

STATE INSURANCE FUND
PO BOX 365028
SAN JUAN, PR 00936-5028

HECTOR EDUARDO PEDROSA LUNA
PO BOX 9023963
SAN JUAN, PR 00902-3963

SUBWAY
CARR. #110
AGUADILLA, PR 00603

# GOBIERNO DE PUERTO RICO

## JUNTA DE CALIDAD AMBIENTAL

7 de noviembre de 2018

## Sra. Ana E. Ortíz

2054 Ave. Pedro Albizu Campos
Aguadilla, PR 00603

**PERMISO DE OPERACIÓN**
**SXXON SERVICE STATION (GULF)**
**CARR. #110 KM 6.4**
**AGUADILLA, PUERTO RICO**
**UST 2-89-0186**

El 10 de octubre de 2018, la División de Control de Tanques de Almacenamiento Soterrados (DCTAS) del Área de Calidad de Agua (ACA) de la Junta de Calidad Ambiental (JCA) recibió para evaluación la solicitud de Permiso de Operación para el Sistema de Tanques de Almacenamiento Soterrados (TAS) en referencia.   Esta solicitud se realiza conforme a las disposiciones del Reglamento para el Control de Tanques de Almacenamiento Soterrados (RCTAS), la Parte 280 del Capítulo 40 del Código de Reglamentos Federales (CFR, por sus siglas en inglés) y 42 U.C. § 13201 et seq., el Acta de Política Energética del 2005 (Energy Policy Act) y el Reglamento para la Certificación de Planos y Documentos.

Luego de evaluar la solicitud y los documentos anejados, la DCTAS aprueba el Permiso de Operación para el Sistema de TAS en referencia.  Adjunto encontrará el Permiso de Operación, conforme a la Regla 811 del RCTAS.  La JCA podrá revocar o suspender el Permiso si no cumple con las disposiciones del RCTAS.  La información y documentos incluidos en la solicitud radicada forman parte de este Permiso.  La JCA se reserva el derecho de intervenir en otros aspectos no cubiertos en este Permiso.

De tener alguna duda o pregunta, puede comunicarse con nosotros al (787) 767-8181, extensión 3061 y 3062.

*Cordialmente,*

**Wilmarie Rivera Otero, Jefe**
División de Control de Tanques de Almacenamiento Soterrados
Área de Calidad de Agua



# GOBIERNO DE PUERTO RICO

JUNTA DE CALIDAD AMBIENTAL

### PERMISO DE OPERACIÓN
### CONFORME AL REGLAMENTO PARA EL
### CONTROL DE TANQUES DE ALMACENAMIENTO SOTERRADOS

Por la autoridad de la Junta de Calidad Ambiental (JCA) al amparo de la Ley Sobre Política Pública Ambiental (Ley Núm. 416 del 22 de septiembre de 2004, según enmendada) y por el Reglamento para el Control de Tanques de Almacenamiento Soterrados (RCTAS), la JCA autoriza al peticionario:

## UST-2-89-0186

| INSTALACIÓN | DUEÑO | OPERADOR |
|---|---|---|
| SXXON SERVICE STATION (GULF) CARR. #110 KM. 6.4 AGUADILLA, PUERTO RICO | ANA E. ORTÍZ 2054 AVE. PEDRO ALBIZU CAMPOS AGUADILLA, PR 00603 | ANA E. ORTÍZ 2054 AVE. PEDRO ALBIZU CAMPOS AGUADILLA, PR 00603 |

a operar un Sistema de Tanques de Almacenamiento Soterrados (TAS) en conformidad con los requisitos establecidos en el RCTAS. El Sistema de TAS consiste de:

| TANQUES | | | | | TUBERÍA | |
|---|---|---|---|---|---|---|
| ID | Capacidad (galones) | Sustancia | Instalación (D,M,A) | Tipo y Material | Tipo y Material | Método de Entrega |
| 1 | 10,000 | Gasolina | 1985 | Doble Pared, Acero | Doble Pared, Plástico Reforzado con Fibra de Vidrio | Presión |
| 2 | 6,000 | Gasolina | 1991 | Doble Pared, Acero Revestido con Fibra de Vidrio | | |

| Protección contra Corrosión | Sistema de Detección de Escapes | Control de Derrames y Sobrellenados |
|---|---|---|
| Ánodos de Sacrificio | Prueba Integridad Mecánica, Monitoria del Agua Subterránea, Detector de Escape Mecánico | Contenedor Llenaderos y Bombas Sumergibles, Válvulas de Esferas Flotantes, Líneas Doble Pared |

Este Permiso será efectivo a partir de **7 de noviembre de 2018** y vence a la medianoche de **7 de noviembre de 2021**. Deberá solicitar la Renovación de este Permiso sesenta (60) días antes de la fecha de vencimiento. La Junta podrá revocar o suspender este Permiso si no se cumple con las disposiciones del Reglamento para el Control de Tanques de Almacenamiento Soterrados (RCTAS), conforme la Ley de Política Publica Ambiental y la Ley de Procedimiento Administrativo Uniforme (LPAU).

Firmado el 7 de noviembre de 2018

**Wilmarie Rivera Otero, Jefe**
División de Control de Tanques de Almacenamiento Soterrados
Área de Calidad de Agua