**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ANA EMILIA ORTIZ JIMENEZ**<br>**dba SXXXON SERVISE STATION**<br><br>xxx–xx–3794<br><br>Debtor(s) | Case No. **18–04070 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 11/27/18 |

*ORDER*

The motion filed by Debtor requesting the withdrawal of docket entry #108 (docket #111) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, November 27, 2018 .

Enrique S. Lamoutte
United States Bankruptcy Judge